

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

In Re: LANDER WOOTEN and                                                      CHAPTER 13
LIZZIE WOOTEN                                                                 NO. 13-13276 JDW

### ORDER APPROVING SUSPENSION OF CHAPTER 13 PLAN PAYMENTS

THIS CAUSE having come before the Court for consideration of the Motion of the Debtors requesting that the plan payments to the Trustee be suspended for a period of one (1) month, and no responses having been filed after notice to all creditors and parties in interest, and the Court having considered the Motion is of the opinion that the Motion should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the plan payments are hereby suspended for the month of October, 2015.

IT IS FURTHER ORDERED AND ADJUDGED that the plan payment shall remain the amount as set forth in the confirmed plan, unless the suspension results in the plan exceeding 60 months, and then the Chapter 13 Trustee is hereby authorized to amend Debtors' wage order as necessary to account for the foregoing suspension so that Debtors' plan can complete in 60 months.

##END OF ORDER##

Submitted by:
/s/ Robert Gambrell
Robert Gambrell, Atty for Debtor, MS Bar #4409
GAMBRELL & ASSOCIATES, PLLC
101 Ricky D. Britt Blvd., Ste. 3
Oxford, MS 38655
Ph: (662)281-8800 / Fax: (662)202-1004
rg@ms-bankruptcy.com